UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE INTEL CORP. SECURITIES LITIGATION

Case No. 5:20-cv-05194-EJD

**ORDER DIRECTING CLERK TO CLOSE MEMBER CASES**

On October 20, 2020, the Court granted KBC Asset Management NV and SEB Investment Management AB's motion to relate and consolidate *Plumbers and Steamfitters Local 60 Pension Trust v. Intel Corporation*, No. 3:20-cv-06467-EMC (N.D. Cal.), and *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Intel Corporation*, No. 3:20-cv-06493-WHA (N.D. Cal.) under this action.  Dkt. No. 29.  Accordingly, the Clerk of the Court shall close those two member cases.

**IT IS SO ORDERED.**

Dated: May 25, 2021

EDWARD J. DAVILA
United States District Judge